### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Victor Hall_____   JOINT DEBTOR: _____   CASE NO.: _14 - 179 69 bkc AAm_
Last Four Digits of SS# _____   Last Four Digits of SS# _____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date,
Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any
portion not collected will be paid to creditors pro-rata under the plan:

A. $ _2851.28_ for months _1_ to _60_ ;
B. $_____ for months ____ to ___ ;
C. $_____ for months _____to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 + $750.00 + $750.00 = $5000.00 TOTAL PAID $2000.00 Balance Due $ _3000.00_ payable
$50.00/month (Months _1_ to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING
YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE
COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citimortgage / setru | Debtor's non-homestead at 522 NW 9 Street, Homestead, FL 33030 Value of Property: $ 75,000.00 Value of Mortgagee's Interest in the Property:$ 75,000.00 | 5.25 % | $ 1423.95 | 1 to 60 | $85,436.93 |
| Coldwell Banker | Debtor's non-homestead at 805 NW 8 Street, Homestead, FL 33030 Value of Property: $57,000.00 Value of Mortgagee's Interest in the Property:$ 57,000.00 | 5.25 % | $1082.20 | 1 to 60 | $64,932.06 |
| City of Homestead | 805 NW 8 St | N/A | 0 | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507] NA
Unsecured Creditors: Pay $10.00/ month (Months 1 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Victor Hall_
Debtor
Date: _20 June 2014_