**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Victor Hall          JOINT DEBTOR: _____          CASE NO.: 14-17969-RAM
Last Four Digits of SS# _____     Last Four Digits of SS# _____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ 750.00  for months   1   to   4      ;
   B. $ 3001.37 for months   5  to  60 ;
   C. $_____ __ for months _____to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 + $750.00 + $750.00 = $5000.00 TOTAL PAID $2000.00 Balance Due $ 3000.00 payable $600.00/month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citimortgage / Seterus | Debtor's non-homestead at 522 NW 9 Street, Homestead Value of Property: $ 75,000.00 Value of Mortgagee's Interest in the Property:$ 75,000.00 | 5.25 % | $ 37.50 $1522.98 | 1 to 4 5 to 60 | $85,436.93 |
| Coldwell Banker | Debtor's non-homestead at 805 NW 8 Street, Homestead, Value of Property: $57,000.00 Value of Mortgagee's Interest in the Property:$ 57,000.00 | 5.25 % | $37.50 $578.25 $1167.34 | 1 to 4 5 to 5 6 to 60 | $64,932.06 |
| City of Homestead | Debtor's non-homestead at 805 NW 8 Street, Homestead Value of Property: $57,000.00 Value of Mortgagee's Interest in the Property:$ 0 | N/A | $0 | N/A | N/A |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]  NA
Unsecured Creditors: Pay $10.91/ month (Months 6 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Richard Adams, Esq.
For Debtor Victor Hall
Date: 8/14/14