**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

5th    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Victor Hall          JOINT DEBTOR: _____          CASE NO.: 14-17969-RAM
Last Four Digits of SS# _____    Last Four Digits of SS# _____

This document is a plan summary.  Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ 750.00  for months   1   to   4      ;
   B. $ 3001.37 for months   5  to  11  ;
   C. $ 3045.57 for months  12     to  60     ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 + $750.00 + $750.00 = $5000.00 TOTAL PAID $2000.00 Balance Due $ 3000.00 payable
         $600.00/month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citimortgage / Seterus/ Shapiro, Fishman & Gache, LLP/Cendant Mortgage Corp. | Debtor's non-homestead at 522 NW 9 Street, Homestead Value of Property: $ 75,000.00 Value of Mortgagee's Interest in the Property:$ 75,000.00 | 5.25 % | $ 37.50 $1522.98 | 1 to 4 5 to 60 | $85,436.93 |
| Coldwell Banker/PHH Mortgage/PHH Mortgage Corporation/ Coldwell Banker Mortgage/Mortgage Service Center/Ben-Ezra & Katz | Debtor's non-homestead at 805 NW 8 Street, Homestead, Value of Property: $57,000.00 Value of Mortgagee's Interest in the Property:$ 57,000.00 | 5.25 % | $37.50 $578.25 $1167.34 | 1 to 4 5 to 5 6 to 60 | $64,932.06 |
| City of Homestead/Online Collections | Debtor's non-homestead at 805 NW 8 Street, Homestead Value of Property: $57,000.00 Value of Mortgagee's Interest in the Property:$ 0 | N/A | $0 | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]  Internal Revenue Service Total Due: $1949 Payable: $39.78/month (Month 12 to 60)
Unsecured Creditors: Pay $10.91/ month (Months 6 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
   1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

2. Debtor is treating his payments to US Bank, US Bank Home Mortgage, Douglas C. Zahm, Esq., Scot Strems, Esq., Miami-Dade Tax Collector, for the homestead property and shall continue paying directly and outside the Chapter 13 Plan.
3. Debtor is treating his payments to Miami Dade Tax Collector for non-homestead property located at 522 NW 9 Street and will continue paying directly and outside the Chapter 13 Plan.
4. Debtor is treating his payments to Miami Dade Tax Collector for non-homestead property located at 805 NW 8 Street and will continue paying directly and outside the Chapter 13 Plan.
5. The debtor is not on the note for the property at 537 NW 11 Street and Shapiro & Fishman for that property is being treated directly and outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Richard Adams, Esq.
For Debtor Victor Hall
Date: 1/20/15