B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re Victor Hall fka Vickram Ramtahal; ,    Case No. 14-17969

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | PHH Mortgage Corporation |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Phone: _____
**Last Four Digits of Acct #:** XXXX1213

**Court Claim # (if known):** 4
**Amount of Claim:** 182411.56
**Date Claim Filed:** 05/27/2014

Phone: _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Phone: _____
**Last Four Digits of Acct #:** XXXX1213

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lisa Singer    Date: January 21, 2016
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Case 14-17969-RAM    Doc 122    Filed 01/22/16    Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Richard J. Adams, Esq.
Debtor(s) Attorney

Nancy K. Neidich Esq
Chapter 13 Trustee

January 22, 2016

*Jennifer Albergo*
Jennifer Albergo